**Appeal**

# U.S. Bankruptcy Court
# Western District of Washington (Tacoma)
# Adversary Proceeding #: 13–04225–BDL

*Assigned to:* Brian D Lynch                                    *Date Filed:* 05/23/13
*Lead BK Case:* 13–40342
*Lead BK Title:* Meridian Sunrise Village LLC
*Lead BK Chapter:* 11
*Demand:*
  *Nature[s] of Suit:*  72 Injunctive relief –
                other
             91 Declaratory judgment


*Plaintiff*
────────────────────
**Meridian Sunrise Village LLC**                  represented by **James L Day**
c/o Chirstine M. Tobin–Presser                                  Bush Strout &Kornfeld LLP
Bush Strout &Kornfeld LLP                                       601 Union St Ste 5000
601 Union Street #5000                                          Seattle, WA 98101
Seattle, WA 98101                                               206–292–2110
206–292–2110                                                    Email: jday@bskd.com
                                                               *LEAD ATTORNEY*

                                                               **Katriana L Samiljan**
                                                               Bush Strout &Kornfeld LLP
                                                               601 Union St Ste 5000
                                                               Seattle, WA 98101
                                                               206–292–2110
                                                               Email: ksamiljan@bskd.com

                                                               **Christine M Tobin–Presser**
                                                               Bush Strout &Kornfeld LLP
                                                               601 Union St Ste 5000
                                                               Seattle, WA 98101
                                                               206–292–2110
                                                               Email: ctobin@bskd.com


V.

*Defendant*
────────────────────
**NB Distressed Debt Investment Fund Limited**    represented by **Hunter O Ferguson**
                                                               Stoel Rives LLP
                                                               600 University St Ste 3600
                                                               Seattle, WA 98101
                                                               206–386–7514
                                                               Email: hoferguson@stoel.com

                                                               **David B Levant**
                                                               600 University St Ste 3600
                                                               Seattle, WA 98101–3197

206−624−0900
Fax : 206−386−7500
Email: dblevant@stoel.com

*Defendant*
————————————————
**Strategic Value Special Situations Master
Fund II LP**

represented by **Hunter O Ferguson**
(See above for address)

**David B Levant**
(See above for address)

*Defendant*
————————————————
**Bank of America National Association**

represented by **Jeffrey M Odom**
Pepple Cantu Schmidt PLLC
1501 Western Ave, Ste 600
Seattle, WA 98101
206−625−1644
Email: jodom@pcslegal.com

**Daniel P Pepple**
Pepple Cantu Schmidt PLLC
1501 Western Ave Ste 600
Seattle, WA 98101
206−625−9960
Email: dpepple@pcslegal.com

*Defendant*
————————————————
**US Bank National Association**

represented by **Brian A. Jennings**
Perkins Coie LLP
1201 3rd Ave 49th Flr
Seattle, WA 98101
206−264−3679
Fax : (206) 359−9000
Email: bjennings@perkinscoie.com

**Alan D Smith**
Perkins Coie LLP
1201 3rd Ave Ste 4000
Seattle, WA 98101−3099
206−583−8888
Email: adsmith@perkinscoie.com

*Defendant*
————————————————
**NB Distressed Debt Investment Fund**

represented by **Hunter O Ferguson**
(See above for address)

**David B Levant**
(See above for address)

*Defendant*
————————————————
**N.B. Distressed Master Fund, L.P.**

represented by **Hunter O Ferguson**

(See above for address)

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 05/23/2013 | | 1 | Adversary case 13–04225. Complaint by Meridian Sunrise Village, LLC (attorneys James L Day, Christine M Tobin–Presser) against NB Distressed Debt Investment Fund Limited, Strategic Value Special Situation Master Fund II, L.P., Bank of America National Association, U.S. Bank National Association. . Nature of Suit: (72 (Injunctive relief – other)), (91 (Declaratory judgment)) (Tobin–Presser, Christine) (Entered: 05/23/2013 at 14:29:16) |
| 05/23/2013 | | 2 | Motion for Preliminary Injunction , or in the alternative Motion for Temporary Restraining Order with Notice of Hearing. Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC The Hearing date is set for 5/29/2013 at 09:00 AM at Judge Lynch's Courtroom I, Union Station. Response due by 5/29/2013. (Attachments: # 1 Exhibit A – Proposed Order Granting Preliminary Injunction # 2 Exhibit B – Proposed Temporary Restraining Order) (Tobin–Presser, Christine) Modified on 5/24/2013 (Beushausen, Paul). *Special Set for 9:00 AM* (Entered: 05/23/2013 at 15:20:12) |
| 05/23/2013 | | 3 | Declaration *of Michael Corliss in Support of Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC. (Tobin–Presser, Christine) (Entered: 05/23/2013 at 15:22:23) |
| 05/23/2013 | | 4 | Declaration *of Martin Waiss in Support of Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC. (Attachments: # 1 Exhibit A – Loan Agreement # 2 Exhibit B – Assignment documents # 3 Exhibit C – October 12, 2012 email from Andrew Manley of Capstone # 4 Exhibit D – October 30, 2012 email from U.S. Banks counsel to the Debtors counsel and the attached Sixth Amendment # 5 Exhibit E – November 6 email from U.S. Banks counsel to the Debtors Counsel # 6 Exhibit F – January 9, 2013 letter from the Lender Group to the Debtor # 7 Exhibit G – March 25, 2013 email from the Administrative Agent # 8 Exhibit H – April 2, 2013 email from the Administrative Agent # 9 Exhibit I – email from the Debtors counsel to counsel for the Administrative Agent) (Tobin–Presser, Christine) (Entered: 05/23/2013 at 15:40:26) |
| 05/23/2013 | | 5 | Notice of Hearing *on Debtor's Motion for Preliminary Injunction or Temporary Restraining Order (Related document(s)2 Motion for Preliminary Injunction , Motion for Temporary Restraining Order).* Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC. (Tobin–Presser, Christine) (Entered: 05/23/2013 at 15:42:00) |
| 05/24/2013 | | | Notice to Court of Intent to Argue. Date of Hearing: 5/29/2013. Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC. (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, 5 Hearing Notice). (Tobin–Presser, Christine) (Entered: 05/24/2013 at 09:37:04) |

| | | | |
|---|---|---|---|
| 05/24/2013 | | 6 | Summons issued to Plaintiff's Attorney Christine M. Tobin–Presser for Service on Defendants Bank of America National Association Answer Due 6/24/2013; NB Distressed Debt Investment Fund Limited Answer Due 6/24/2013; Strategic Value Special Situation Master Fund II, L.P. Answer Due 6/24/2013; U.S. Bank National Association Answer Due 6/24/2013 . (PSB) (Entered: 05/24/2013 at 09:56:29) |
| 05/24/2013 | | 7 | Notice of Appearance *Brian Jennings and Alan D. Smith* . Filed by Brian A. Jennings on behalf of U.S. Bank National Association. (Jennings, Brian) (Entered: 05/24/2013 at 13:41:41) |
| 05/24/2013 | | 8 | Acceptance of Service . Filed by Brian A. Jennings on behalf of U.S. Bank National Association. (Related document(s)1 Complaint, 6 Summons Issued). (Jennings, Brian) (Entered: 05/24/2013 at 13:49:09) |
| 05/24/2013 | | | Receipt of Adversary Filing Fee – $0.00 by MK. Receipt Number 445192. Costs Charged To The Estate (admin) (Entered: 05/25/2013 at 08:01:20) |
| 05/28/2013 | | 9 | Proof of Service */Declaration of Service of Summons in an Adversary Proceeding and Complaint Seeking Injunctive Declaratory Relief*. Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC. (Related document(s)1 Complaint, 6 Summons Issued). (Tobin–Presser, Christine) (Entered: 05/28/2013 at 11:30:34) |
| 05/28/2013 | | 10 | Objection *U.S. Bank National Association's Objection to Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Alan D Smith on behalf of U.S. Bank National Association. (Smith, Alan) (Entered: 05/28/2013 at 14:34:20) |
| 05/28/2013 | | 11 | Notice of Appearance . Filed by Daniel P Pepple on behalf of Bank of America National Association. (Pepple, Daniel) (Entered: 05/28/2013 at 14:35:49) |
| 05/28/2013 | | 12 | Declaration *of Brian A. Jennings in Support of U.S. Bank National Association's Objection to Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)10 Objection)... Filed by Alan D Smith on behalf of U.S. Bank National Association. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Smith, Alan) (Entered: 05/28/2013 at 14:38:33) |
| 05/28/2013 | | 13 | Notice of Appearance . Filed by Jeffrey M Odom on behalf of Bank of America National Association. (Odom, Jeffrey) (Entered: 05/28/2013 at 14:40:21) |
| 05/28/2013 | | | Notice to Court of Intent to Argue. Date of Hearing: 5/29/2013. Filed by Alan D Smith on behalf of U.S. Bank National Association. (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, 5 Hearing Notice, 10 Objection). (Smith, Alan) (Entered: 05/28/2013 at 14:49:31) |
| 05/28/2013 | | | Notice to Court of Intent to Argue. Date of Hearing: 5/29/2013. Filed by Daniel P Pepple on behalf of Bank of America National |

| | | | |
|---|---|---|---|
| | | | Association. (Related document(s)<u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order). (Pepple, Daniel) (Entered: 05/28/2013 at 14:56:21) |
| 05/28/2013 | | <u>14</u> | Proof of Service */Declaration of Service of Motion for Preliminary Injuction or Temporary Restraining Order, Declarations of Martin Waiss and Michael Corliss in Support, and Notice of Hearing on Sam.* Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Related document(s)<u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>3</u> Declaration, <u>4</u> Declaration, <u>5</u> Hearing Notice). (Tobin−Presser, Christine) (Entered: 05/28/2013 at 14:59:04) |
| 05/28/2013 | | <u>15</u> | Proof of Service */Declaration of Service.* Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Related document(s)<u>1</u> Complaint, <u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>3</u> Declaration, <u>4</u> Declaration, <u>5</u> Hearing Notice, <u>6</u> Summons Issued). (Tobin−Presser, Christine) (Entered: 05/28/2013 at 15:01:33) |
| 05/28/2013 | | <u>16</u> | Proof of Service */Declaration of Service.* Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Related document(s)<u>1</u> Complaint, <u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>3</u> Declaration, <u>4</u> Declaration, <u>5</u> Hearing Notice, <u>6</u> Summons Issued). (Tobin−Presser, Christine) (Entered: 05/28/2013 at 15:02:51) |
| 05/28/2013 | | <u>17</u> | Proof of Service */Affidavit of Service.* Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Related document(s)<u>1</u> Complaint, <u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>3</u> Declaration, <u>4</u> Declaration, <u>5</u> Hearing Notice, <u>6</u> Summons Issued). (Tobin−Presser, Christine) (Entered: 05/28/2013 at 15:04:28) |
| 05/28/2013 | | <u>18</u> | Declaration *of Christine M. Tobin−Presser* (Related document(s)<u>1</u> Complaint, <u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>3</u> Declaration, <u>4</u> Declaration, <u>5</u> Hearing Notice, <u>6</u> Summons Issued)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Tobin−Presser, Christine) (Entered: 05/28/2013 at 15:11:13) |
| 05/28/2013 | | <u>19</u> | Objection *of Funds to* (Related document(s)<u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by David B Levant on behalf of Strategic Value Special Situations Master Fund II, L.P., NB Distressed Debt Investment Fund. (Levant, David) (Entered: 05/28/2013 at 16:19:15) |
| 05/28/2013 | | <u>20</u> | Debtor's Reply *in Support of Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)<u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>10</u> Objection)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Tobin−Presser, Christine) (Entered: 05/28/2013 at 17:31:43) |
| 05/28/2013 | | <u>21</u> | Declaration *of Martin Waiss in Support of Debtor's Reply Re: Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)<u>2</u> Motion for Preliminary Injunction, Motion for Temporary Restraining Order, <u>10</u> Objection)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, |

| | | | |
|---|---|---|---|
| | | | LLC. (Attachments: #1 Exhibit A – April 26, 2013 email to Brendan McDermott) (Tobin−Presser, Christine) (Entered: 05/28/2013 at 17:34:34) |
| 05/28/2013 | | 22 | Declaration *of Christopher Brain in Support of Debtor's Reply Re: Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, 10 Objection)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Attachments: #1 Exhibit 1 – Email exchange−−April 2 and 3, 2013 #2 Exhibit 2 – April 25, 2013 to James Gradel) (Tobin−Presser, Christine) (Entered: 05/28/2013 at 17:39:58) |
| 05/29/2013 | | | Minutes. Hearing Held. Appearances: James Day for Debtor; Alan Smith for US Bank National; David Levant for Strategic Value Special(related document(s): 2 Motion for Preliminary Injunction filed by Meridian Sunrise Village, LLC). Continued Hearing scheduled for 06/17/2013 at 09:30 AM at Judge Lynch's Courtroom I, Union Station. Further Briefing Due by June 10, 2013 and Replies Due by June 13, 2013. (RMS ) Modified on 6/4/2013 (Shaw, Roxanne). (Entered: 05/30/2013 at 10:59:12) |
| 05/30/2013 | | | Notice to Court of Intent to Argue. Date of Hearing: 6/17/2013. Filed by James L Day on behalf of Meridian Sunrise Village, LLC. (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, Minutes Hearing Held). (Day, James) (Entered: 05/30/2013 at 11:58:46) |
| 06/04/2013 | | 23 | Notification of Docket Correction of 5/29/13 Minute entry Re: Motion for Preliminary Injunction to reflect the following dates: Further Briefing Due by June 10, 2013 and Replies Due by June 13, 2013. (RMS) (Entered: 06/04/2013 at 14:51:22) |
| 06/05/2013 | | | Audio CD Request. Hearing Date and Time: 05/29/2013 at 9:00 a.m.. Other Info: motion for preliminary injunction/temporary restraining order. Contact: Paula Sutton 206−292−2110... . Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Tobin−Presser, Christine) (Entered: 06/05/2013 at 15:43:40) |
| 06/05/2013 | | | Receipt of filing fee for Audio CD Request(13−04225−BDL) [misc,1806] ( 30.00). Receipt number 17728573. Fee amount $30.00. (U.S. Treasury) (Entered: 06/05/2013 at 15:45:29) |
| 06/06/2013 | | 24 | Affidavit *of Service* (Related document(s)1 Complaint, 2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, 3 Declaration, 4 Declaration, 5 Hearing Notice)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Tobin−Presser, Christine) (Entered: 06/06/2013 at 10:57:32) |
| 06/07/2013 | | 25 | Declaration *of Michael Holmberg in Support of Funds' Supplemental Objection to Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by David B Levant on behalf of NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited. (Attachments: #1 Exhibit Exhibit A) (Levant, David) (Entered: 06/07/2013 at 16:16:56) |
| 06/07/2013 | | 26 | Declaration *of David B. Charnin in Support of Funds' Supplemental Objection to Motion for Preliminary Injunction* (Related |

6

| | | | |
|---|---|---|---|
| | | | document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by David B Levant on behalf of Strategic Value Special Situations Master Fund II, L.P.. (Attachments: #_1 Exhibit A #_2 Exhibit B #_3 Exhibit C) (Levant, David) (Entered: 06/07/2013 at 16:46:39) |
| 06/07/2013 | | 27 | Declaration *of James D. Gradel in Support of U.S. Bank National Association's Objection to Motion for Preliminary Injunction or Temporary Restraining Order* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Brian A. Jennings on behalf of U.S. Bank National Association. (Attachments: #_1 Exhibit A #_2 Exhibit B) (Jennings, Brian) (Entered: 06/07/2013 at 17:51:50) |
| 06/10/2013 | | | Notice to Court of Intent to Argue. Date of Hearing: 6/17/2013. Filed by Alan D Smith on behalf of U.S. Bank National Association. (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order). (Smith, Alan) (Entered: 06/10/2013 at 14:57:32) |
| 06/10/2013 | | 28 | Supplemental Memorandum */Debtor's Supplemental Memorandum in Support of Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Tobin−Presser, Christine) (Entered: 06/10/2013 at 16:49:55) |
| 06/10/2013 | | 29 | Declaration *of Christine M. Tobin−Presser in Support of Debtor's Supplemental Memorandum in Support of Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Attachments: #_1 Exhibit A – proof of claim of Strategic Value Special Situations Master Fund II, L.P. #_2 Exhibit B – proof of claim of NB Distressed Debt Investment Fund Limited #_3 Exhibit C – proof of claim of NB Distressed Master Fund, L.P.) (Tobin−Presser, Christine) (Entered: 06/10/2013 at 16:55:15) |
| 06/10/2013 | | 30 | Amended Declaration *of Christine M. Tobin−Presser in Support of Debtor's Supplemental Memorandum in Support of Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village, LLC. (Attachments: #_1 Exhibit A – proof of claim of Strategic Value Special Situations Master Fund II #_2 Exhibit B – proof of claim of NB Distressed Debt Investment Fund Limited #_3 Exhibit C – proof of claim of NB Distressed Master Fund, L.P.) (Tobin−Presser, Christine) (Entered: 06/10/2013 at 17:09:59) |
| 06/10/2013 | | 31 | Supplemental Memorandum *of U.S. Bank in Opposition to Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Brian A. Jennings on behalf of U.S. Bank National Association. (Jennings, Brian) (Entered: 06/10/2013 at 17:25:17) |
| 06/10/2013 | | 32 | Supplemental Objection *to Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by David B Levant on behalf of NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II, L.P.. (Attachments: #_1 |

| | | | |
|---|---|---|---|
| | | | Attachment #1) (Levant, David) (Entered: 06/10/2013 at 19:34:44) |
| 06/13/2013 | | 33 | Objection *of Bank of America to Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order). Proof of Service. Filed by Daniel P Pepple on behalf of Bank of America National Association. (Pepple, Daniel) (Entered: 06/13/2013 at 11:57:05) |
| 06/13/2013 | | 34 | Debtor's Reply *to Supplemental Memoranda of U.S. Bank and the Ineligible Assignees* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, 31 Memorandum, 32 Objection)... Filed by James L Day on behalf of Meridian Sunrise Village, LLC. (Day, James) (Entered: 06/13/2013 at 16:22:56) |
| 06/13/2013 | | 35 | Declaration *of Christine M. Tobin−Presser in Support of Debtor's Reply to Supplemental Memoranda of U.S. Bank and the Ineligible Assignees* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order, 31 Memorandum, 32 Objection, 34 Reply)... Filed by James L Day on behalf of Meridian Sunrise Village, LLC. (Attachments: # 1 Exhibit A−Structure of SVP and Ineligible Assignee Strategic Value # 2 Exhibit B−Structure of NB Distressed and NBLP) (Day, James) (Entered: 06/13/2013 at 16:28:01) |
| 06/13/2013 | | 36 | Reply *U.S. Bank National Association's Reply Memorandum in Opposition to Motion for Prelimnary Injunction or Temporary Restraining Order* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by Brian A. Jennings on behalf of U.S. Bank National Association. (Jennings, Brian) (Entered: 06/13/2013 at 16:52:37) |
| 06/13/2013 | | 37 | Reply *to Debtor's Supplemental Memorandum in Support of Motion for Preliminary Injunction* (Related document(s)2 Motion for Preliminary Injunction, Motion for Temporary Restraining Order)... Filed by David B Levant on behalf of NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II, L.P.. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Levant, David) (Entered: 06/13/2013 at 17:17:41) |
| 06/14/2013 | | 38 | Proof of Service *to Debtor's Reply to Supplemenal Memoranda of U.S. Bank and the Ineligible Assignees*. Filed by James L Day on behalf of Meridian Sunrise Village, LLC. (Related document(s)34 Reply, 35 Declaration). (Day, James) (Entered: 06/14/2013 at 09:24:00) |
| 06/17/2013 | | | Minutes. Hearing Held. Appearances: James Day and Christine Tobin−Presser for Debtor; Alan Smith for US Bank; David Levant for NB Distressed Debt Investment Fund Limited; Jeffrey Odom for Bank of America National Association. (related document(s): 2 Motion for Preliminary Injunction filed by Christine Tobin−Presser for Meridian Sunrise Village, LLC). Motion Granted; Court to prepare Order.(RMS ) (Entered: 06/17/2013 at 15:39:56) |
| 06/18/2013 | | 39 | ORDER Granting Preliminary Injunction. (Related Doc # 2 Motion)(PSB) (Entered: 06/18/2013 at 07:12:43) |
| 06/18/2013 | | 40 | |

| | | | |
|---|---|---|---|
| | | | Amend Complaint. Defendants N.B. Distressed Master Fund, L.P. added to the case. (Related document(s)1 Complaint)... Filed by Christine M Tobin–Presser on behalf of Meridian Sunrise Village, LLC. (Tobin–Presser, Christine) (Entered: 06/18/2013 at 14:11:12) |
| 06/19/2013 | | 41 | Summons issued to Plaintiff's Attorney Christine M Tobin–Presser for Service on Defendant N.B. Distressed Master Fund, L.P. Answer Due 7/19/2013. (PSB) (Entered: 06/19/2013 at 08:26:48) |
| 06/19/2013 | | | Audio CD Request. Hearing Date and Time: 6/17/13, Judge's Ruling. Other Info: Transcript ordered expedite. Please mail CD asap to Ahearn &Associates, Inc. (Maple Valley) Requested by: Brian Jennings, representing US Bank. (Transcriber – Wheeler, Shari) Modified text on 6/19/13 to correct hearing date (Dodd–Barton, Inmaculada) (Entered: 06/19/2013 at 14:18:12) |
| 06/19/2013 | | | Audio CD Request. Hearing Date and Time: 06/17/13. Other Info: Oral ruling only. Contact: Call Mary Lou Maag, 206–359–3334, when ready. Hold for messenger pickup.... . Filed by Brian A. Jennings on behalf of US Bank National Association. (Jennings, Brian) (Entered: 06/19/2013 at 15:05:02) |
| 06/19/2013 | | | Receipt of filing fee for Audio CD Request(13–04225–BDL) [misc,1806] ( 30.00). Receipt number 17804674. Fee amount $ 30.00. (U.S. Treasury) (Entered: 06/19/2013 at 15:06:35) |
| 06/19/2013 | | | Audio CD Request. Hearing Date and Time: 06/17/13 at 9:30 am..... . Filed by Katriana L Samiljan on behalf of Meridian Sunrise Village LLC. (Samiljan, Katriana) (Entered: 06/19/2013 at 15:34:29) |
| 06/19/2013 | | | Receipt of filing fee for Audio CD Request(13–04225–BDL) [misc,1806] ( 30.00). Receipt number 17805115. Fee amount $ 30.00. (U.S. Treasury) (Entered: 06/19/2013 at 15:41:31) |
| 06/20/2013 | | 42 | Notice of Appearance Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II LP. (Ferguson, Hunter) (Entered: 06/20/2013 at 17:53:27) |
| 06/20/2013 | | 43 | Ex Parte Motion *Ex Parte Motion to Shorten Time on Funds' Motion for Stay/Continuance* Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II LP (Attachments: # 1 Proposed Order) (Ferguson, Hunter) (Entered: 06/20/2013 at 17:59:26) |
| 06/20/2013 | | 44 | Expedited Motion *Funds' Motion for Stay of Preliminary Injunction or for Continuance of Confirmation Hearing Pending Appeal* Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II LP (Ferguson, Hunter) (Entered: 06/20/2013 at 18:03:25) |
| 06/20/2013 | | 45 | Debtor's Objection *to Ineligible Assignee's Ex Parte Motion to Shorten Time on Funds' Motion for Stay/Continuance* (Related document(s)43 Motion)... Filed by Christine M Tobin–Presser on |

| | | | |
|---|---|---|---|
| | | | behalf of Meridian Sunrise Village LLC. (Tobin−Presser, Christine) (Entered: 06/20/2013 at 23:07:06) |
| 06/20/2013 | | 46 | Declaration *of Christine M. Tobin−Presser in Support of Debtor's Objection to Ineligible Assignee's Ex Parte Motion to Shorten Time on Funds' Motion for Stay/Continuance* (Related document(s)43 Motion, 45 Objection)... Filed by Christine M Tobin−Presser on behalf of Meridian Sunrise Village LLC. (Attachments: # 1 Exhibit A) (Tobin−Presser, Christine) (Entered: 06/20/2013 at 23:10:02) |
| 06/21/2013 | | 47 | Transcript regarding Hearing Held 06/17/2013 RE: Court's Ruling. Remote electronic access to the transcript is restricted until 09/19/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. Contact the Court Reporter/Transcriber Shari L. Wheeler at, Telephone number 425.433.8064; email AhearnAndAssoc@comcast.net.. Notice of Intent to Request Redaction Deadline Due By 6/28/2013. Redaction Request Due By 07/12/2013. Redacted Transcript Submission Due By 07/22/2013. Transcript access will be restricted through 09/19/2013. (Transcriber − Wheeler, Shari) Modified on 6/21/2013 (Taylor, Leslie). (Entered: 06/21/2013 at 09:39:26) |
| 06/21/2013 | | 48 | Supplemental Filing of *Proposed Ex Parte Order Shortening Time*. Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II LP. (Related document(s)43 Motion). (Ferguson, Hunter) (Entered: 06/21/2013 at 09:53:40) |
| 06/21/2013 | | 49 | Answer to Amended Complaint*Seeking Injunctive and Declaratory Relief; Affirmative Defenses; and Counterclaims* (Related document(s)40 Amend Complaint). Proof of Service. Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund, NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II LP. (Ferguson, Hunter) (Entered: 06/21/2013 at 11:20:52) |
| 06/21/2013 | | 50 | Notice of Appeal to District Court. Fee Due $ 298 District Court Appeal Number 13−CV−1075 JLR. Banktupcty Control Number T−003. (Related document(s)39 Order Re Motion for Preliminary Injunction, Order Re Motion for Temporary Restraining Order). Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund, Strategic Value Special Situations Master Fund II LP. Record Transmission due by 07/12/2013, (Ferguson, Hunter) Modified on 6/24/2013 (Beushausen, Paul). (Entered: 06/21/2013 at 17:33:33) |
| 06/21/2013 | | | Receipt of filing fee for Notice of Appeal(13−04225−BDL) [appeal,97t2] ( 298.00). Receipt number 17821700. Fee amount $ 298.00. (U.S. Treasury) (Entered: 06/21/2013 at 17:38:11) |
| 06/21/2013 | | 51 | Election to Appeal to District Court . (Related document(s)50 Notice of Appeal). Filed by Hunter O Ferguson on behalf of N.B. Distressed Master Fund, L.P., NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II LP. (Ferguson, Hunter) (Entered: 06/21/2013 at 17:41:17) |

Below is the Order of the Court.



_____
**Brian D. Lynch**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>Debtor. | Case No. 13-40342-BDL |
| MERIDIAN SUNRISE VILLAGE, LLC<br><br>Plaintiff,<br><br>v.<br><br>NB DISTRESSED DEBT INVESTMENT FUND, LTD, et. al,<br><br>Defendants. | Adversary No. 13-4225-BDL<br><br>**PRELIMINARY INJUNCTION** |

    The motion of plaintiff-debtor Meridian Sunrise Village, LLC for a preliminary injunction to enjoin defendants NB Distressed Debt Investment Fund Limited, Strategic Value Special Situations Master Fund II, L.P. and U.S. Bank came on for final hearing on June 17, 2013. All current defendants appeared through counsel.

    The Court considered all pleadings filed on the motion and in response, including supporting declarations, and considered the arguments of counsel, the testimony of declarants, the documentary evidence, and the records and files of this case.

    An oral ruling was read into the record on June 17, 2013, which is hereby incorporated by reference, containing Findings of Fact and Conclusions of Law for purposes of Fed. R.

PRELIMINARY INJUNCTION - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Bankr. P. 7052, and setting forth the reasons for the preliminary injunction for purposes of Fed. R. Bankr. P. 7065 and Fed. R. Civ. P. 65(d). It is

HEREBY ORDERED that defendants NB Distressed Debt Investment Fund Limited and Strategic Value Special Situations Master Fund II, L.P. are ENJOINED from exercising their rights under Paragraph 12.9(b) or 11 U.S.C. §1126 in conjunction with the casting of ballots or votes in regard to the confirmation of Debtor's Plan of Reorganization.

It is FURTHER ORDERED that US Bank is ENJOINED from recognizing or treating the assignee Funds as Eligible Assignees for purposes of plan confirmation.

///End of Order///

PRELIMINARY INJUNCTION - 2

HONORABLE BRIAN D. LYNCH

1

2

3

4

5

6

7

8

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

| In re:   MERIDIAN SUNRISE VILLAGE, LLC | Case No.   13-40342 |
| | Adversary No.   13-04225 |
| Debtor | |
| MERIDIAN SUNRISE VILLAGE, LLC, | **NOTICE OF APPEAL** |
| Plaintiff, | |
| v. | |
| NB DISTRESSED DEBT INVESTMENT FUND LIMITED; N.B. DISTRESSED MASTER FUND, L.P.; STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.; BANK OF AMERICA NATIONAL ASSOCIATION; and U.S. BANK NATIONAL ASSOCIATION, | |
| Defendants. | |

23

24

25

26

Defendants NB Distressed Debt Investment Fund Limited, NB Distressed Debt Master Fund LP, and Strategic Value Special Situations Master Fund II, L.P. appeal under 28 U.S.C. § 158(a) from entry of the order granting Plaintiff-Debtor Meridian Sunrise Village, LLC's motion for preliminary injunction entered in this proceeding (Dkt. 39) on June 18, 2013.

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

1    The names of all parties to the order appealed from and the names, addresses, and

2    telephone numbers of their respective attorneys are as follows:

3    **Meridian Sunrise Village, LLC**            **NB Distressed Debt Investment Fund
                                                    Limited**
4    BUSH STROUT & KORNFELD LLP

5    Christine M. Tobin-Presser               STOEL RIVES LLP
     James L. Day                             David B. Levant
6    601 Union Street #5000                   Hunter Ferguson
     Seattle, WA 98101                        600 University Street, Suite 3600
7    206-292-2110                             Seattle, WA 98101-3197
                                              206-624-0900
8

9    **Bank of America National Association**     **NB Distressed Debt Master Fund LP**

10   Pepple Cantu Schmidt PLLC                STOEL RIVES LLP
     Jeffrey M. Odom                          David B. Levant
11   Daniel P. Pepple                         Hunter Ferguson
12   1501 Western Avenue, Suite 600           600 University Street, Suite 3600
     Seattle, WA 98101-3099                   Seattle, WA 98101-3197
13   206-625-1644                             206-624-0900

14   **U.S. Bank National Association**          **Strategic Value Special Situations
                                                 Master Fund II, L.P.**
15   Perkins Coie LLP
     Brian A. Jennings                        STOEL RIVES LLP
16   Alan D. Smith                            David B. Levant
17   1201 Third Avenue, Suite 4000            Hunter Ferguson
     Seattle, WA 98101                        600 University Street, Suite 3600
18   206-583-8888                             Seattle, WA 98101-3197
                                              206-624-0900
19

20        Dated:   June 21, 2013

21                          Signed:   /s/ David B. Levant
22                                    David B. Levant, WSBA # 20528
                                      Hunter Ferguson, WSBA # 41485
23
                                      Of Attorneys for Defendants NB Distressed Debt
24                                    Investment Fund Limited, NB Distressed Debt
                                      Master Fund LP, and Strategic Value Special
25                                    Situations Master Fund II, L.P.

26

NOTICE OF APPEAL - 2

CERTIFICATE OF SERVICE

1

2        I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk

3   of the Court using the CM/ECF system which will send notification of such filing to the

4   following:

5      • James L Day      jday@bskd.com,
         chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorga
6        n@bskd.com
7      • Brian A. Jennings      bjennings@perkinscoie.com,
         mlmaag@perkinscoie.com;docketsea@perkinscoie.com;wzilka@perkinscoie.com;GEise
8        nberg@perkinscoie.com
       • Jeffrey M Odom      jodom@pcslegal.com,
9        danderson@pcslegal.com;jsteinert@pcslegal.com
       • Daniel P Pepple      dpepple@pcslegal.com,
10       danderson@pcslegal.com;jsteinert@pcslegal.com
11     • Katriana L Samiljan      ksamiljan@bskd.com,
         chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com
12     • Alan D Smith      adsmith@perkinscoie.com,
         mlmaag@perkinscoie.com;docketsea@perkinscoie.com
13     • Christine M Tobin-Presser      ctobin@bskd.com,
         chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorga
14       n@bskd.com

15

16      There are no manual receipts.

17

18   DATED this 21st day of June, 2013.

19                                        STOEL RIVES LLP

20

21                                        By   /s/ David B. Levant
                                               David B. Levant, WSBA #20528
22                                             Hunter Ferguson, WSBA #41485
                                          Of Attorneys for NB Distressed Debt Investment
23                                        Fund Limited, NB Distressed Debt Master Fund LP,
                                          and Strategic Value Special Situations Master Fund
24                                        II, L.P.

25

26

NOTICE OF APPEAL - 3

HONORABLE BRIAN D. LYNCH

1

2

3

4

5

6

7

8                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10   In re:

11   MERIDIAN SUNRISE VILLAGE, LLC,                  BANKRUPTCY NO. 13-40342

12                        Debtor.                    ADVERSARY NO. 13-04225

13   ─────────────────────────────────

14   MERIDIAN SUNRISE VILLAGE, LLC,                  **STATEMENT OF ELECTION**

15                        Plaintiff,

16           v.

17   NB DISTRESSED DEBT INVESTMENT
     FUND LIMITED; NB DISTRESSED DEBT
18   MASTER FUND LP; STRATEGIC VALUE
     SPECIAL SITUATIONS MASTER
19   FUND II, L.P.; BANK OF AMERICA
     NATIONAL ASSOCIATION; and
20   U.S. BANK NATIONAL ASSOCIATION,

21                        Defendants.
     ─────────────────────────────────

22

23         Concurrent with this Statement of Election, Defendants NB Distressed Debt Investment

24   Fund Limited, NB Distressed Debt Master Fund LP, and Strategic Value Special Situations

25   Master Fund II, L.P. (collectively the "***Funds***") have filed a Notice of Appeal from the Order of

26

STATEMENT OF ELECTION – 1

74100974.1 0064727-00001

1   Preliminary Injunction entered herein on June 18, 2013 (Dkt. 39).   Pursuant to 28 U.S.C.

2   § 158(c)(1), the Funds elect to have the appeal heard by the United States District Court.

3

4          DATED this 21st day of June, 2013.

5                                          STOEL RIVES LLP

6

7                                  By  /s/ David B. Levant
                                       David B. Levant, WSBA #20528
8                                      Hunter Ferguson, WSBA #41485

9                                      Of Attorneys for NB Distressed Debt
                                       Investment Fund Limited, NB Distressed Debt
10                                     Master Fund LP,  and Strategic Value Special
                                       Situations Master Fund II, L.P.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STATEMENT OF ELECTION – 2

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900
74100974.1 0064727-00001
17
Case 13-04225-BDL    Doc 51    Filed 06/21/13    Ent. 06/21/13 17:41:17    Pg. 2 of 3

1

CERTIFICATE OF SERVICE

2

3
 I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the
4

following:
5

6
- James L Day    jday@bskd.com,
7    chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorgan@bskd.com
8
- Brian A. Jennings    bjennings@perkinscoie.com,
9    mlmaag@perkinscoie.com;docketsea@perkinscoie.com;wzilka@perkinscoie.com;GEisenberg@perkinscoie.com
10
- Jeffrey M Odom    jodom@pcslegal.com,
    danderson@pcslegal.com;jsteinert@pcslegal.com
11
- Daniel P Pepple    dpepple@pcslegal.com,
    danderson@pcslegal.com;jsteinert@pcslegal.com
12
- Katriana L Samiljan    ksamiljan@bskd.com,
13    chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com
- Alan D Smith    adsmith@perkinscoie.com,
14    mlmaag@perkinscoie.com;docketsea@perkinscoie.com
- Christine M Tobin-Presser    ctobin@bskd.com,
15    chartung@bskd.com;psutton@bskd.com;vbraxton@bskd.com;mbeck@bskd.com;bmorgan@bskd.com
16

17
 There are no manual receipts.

18
DATED this 21st day of June, 2013.

19
                                        STOEL RIVES LLP
20

21
                                        By /s/ David B. Levant
                                           David B. Levant, WSBA #20528
22                                         Hunter Ferguson, WSBA #41485

23                                         Of Attorneys for NB Distressed Debt
                                           Investment Fund Limited, NB Distressed Debt
24                                         Master Fund LP,  and Strategic Value Special
                                           Situations Master Fund II, L.P.
25

26

STATEMENT OF ELECTION – 3

74100974.1 0064727-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
Telephone (206) 624-0900

18

Case 13-04225-BDL    Doc 51    Filed 06/21/13    Ent. 06/21/13 17:41:17    Pg. 3 of 3