# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA
#### OFFICE OF THE CLERK

WILLIAM M. MCCOOL  
CLERK

1717 PACIFIC AVE.  
ROOM 3100  
TACOMA, WA 98402

June 26, 2013

District Court Case No.:   3:13−cv−05503−RBL  
Related Case No(s).:       USBC.WAWB 13−40342, Adv No.13−4225  
Adversary No:              Internal Appeal T−003  
Case Title:                Meridian Sunrise Village LLC v. NB Distressed Debt Investment Fund Limited et al

Counsel:

The District Court has received an appeal on a bankruptcy matter. It was filed in this court on **June 24, 2013** and assigned to the Honorable Ronald B. Leighton.

When the Record is complete, Bankruptcy will file the Certificate of Record with District Court. Accordingly, a briefing schedule will be entered and the appeal placed on the court's calendar pursuant to LCR 88(c)(2).

Please be advised that all documents must indicate both the District Court and the Bankruptcy Appeal number.

Sincerely,

WILLIAM M. MCCOOL,  
CLERK

s/Rachel Evans  
Deputy Clerk


cc:    Bankruptcy Court