HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>                 Debtor,<br>_____<br>MERIDIAN SUNRISE VILLAGE, LLC,<br><br>                 Plaintiff,<br><br>   v.<br><br>NB DISTRESSED DEBT INVESTMENT<br>FUND LIMITED, et al.,<br><br>                 Defendants. | USDC No. 13-CV-5503 RBL<br><br>BANKRUPTCY NO. 13-40342-BDL<br><br>ADVERSARY NO. 13-04225-BDL<br><br>INTERNAL APPEAL NO. T-003<br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF MERIDIAN SUNRISE VILLAGE, LLC |

      YOU WILL PLEASE TAKE NOTICE that the undersigned appear, and associate with James L. Day, Katriana L. Samiljan and Christine M. Tobin-Presser of Bush Strout & Kornfield LLP, as attorneys of record for Plaintiff Meridian Sunrise Village, LLC in the above-entitled action.

      You are hereby directed to serve all future pleadings or papers, except original process, upon said attorneys at their address below stated.

- 1
4871/007/274238.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Respectfully submitted,

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Mary B. Reiten
    Christopher I. Brain, WSBA #5054
    Email: cbrain@tousley.com
    Mary Reiten, WSBA #33623
    Email: mreiten@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington 98101
    Tel: 206.682.5600
    Fax: 206.682.2992

*Attorneys for Plaintiff, Meridian Sunrise Village, LLC*

- 2
4871/007/274238.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

© 

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

/s/ Mary B. Reiten
Christopher I. Brain, WSBA #5054
Email: cbrain@tousley.com
Mary B. Reiten, WSBA #33623
Email: mreiten@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele: 206.682.5600
Fax: 206.682.2992

Attorney for Plaintiff Meridian Sunrise Village, LLC

- 3
4871/007/274238.1