HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>    Debtor, | USDC No. 13-CV-5503 RBL<br><br>BANKRUPTCY NO. 13-40342-BDL<br><br>ADVERSARY NO. 13-04225-BDL<br><br>INTERNAL APPEAL NO. T-003<br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF MERIDIAN SUNRISE VILLAGE, LLC |
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NB DISTRESSED DEBT INVESTMENT FUND LIMITED, et al.,<br><br>    Defendants. | |

   YOU WILL PLEASE TAKE NOTICE that the undersigned appears, and associates with James L. Day, Katriana L. Samiljan and Christine M. Tobin-Presser of Bush Strout & Kornfield LLP, as attorneys of record for Plaintiff Meridian Sunrise Village, LLC in the above-entitled action.

   You are hereby directed to serve all future pleadings or papers, except original process, upon said attorneys at their address below stated.

- 1
4871/012/274421.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 1st day of October, 2013, at Seattle, Washington.

Respectfully submitted,

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ Christopher I. Brain
    Christopher I. Brain, WSBA #5054
    Email:  cbrain@tousley.com
    Mary Reiten, WSBA #33623
    Email:  mreiten@tousley.com
    Adrienne D. McEntee, WSBA #34061
    Email:  amcentee@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington  98101
    Tel:  206.682.5600
    Fax: 206.682.2992

*Attorneys for Plaintiff, Meridian Sunrise Village, LLC*

- 2
4871/012/274421.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

/s/ Christopher I. Brain
Christopher I. Brain, WSBA #5054
Email: cbrain@tousley.com
Mary B. Reiten, WSBA #33623
Email: mreiten@tousley.com
Adrienne D. McEntee, WSBA #34061
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele:   206.682.5600
Fax:    206.682.2992

Attorney for Plaintiff Meridian Sunrise Village, LLC

- 3
4871/012/274421.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992