HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>            Debtor,<br><br>MERIDIAN SUNRISE VILLAGE, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>NB DISTRESSED DEBT INVESTMENT FUND LIMITED, et al.,<br><br>            Defendants. | USDC No. 13-CV-5503 RBL<br><br>BANKRUPTCY NO. 13-40342-BDL<br><br>ADVERSARY NO. 13-04225-BDL<br><br>INTERNAL APPEAL NO. T-003<br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF MERIDIAN SUNRISE VILLAGE, LLC |

    YOU WILL PLEASE TAKE NOTICE that the undersigned appears, and associates with James L. Day, Katriana L. Samiljan and Christine M. Tobin-Presser of Bush Strout & Kornfield LLP, as attorneys of record for Plaintiff Meridian Sunrise Village, LLC in the above-entitled action.

    You are hereby directed to serve all future pleadings or papers, except original process, upon said attorneys at their address below stated.

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF
MERIDIAN SUNRISE VILLAGE, LLC - 1
4871/012/274422.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

1  DATED this 1st day of October, 2013, at Seattle, Washington.

Respectfully submitted,

TOUSLEY BRAIN STEPHENS PLLC


By: /s/ Adrienne D. McEntee
   Christopher I. Brain, WSBA #5054
   Email: cbrain@tousley.com
   Mary Reiten, WSBA #33623
   Email: mreiten@tousley.com
   Adrienne D. McEntee, WSBA #34061
   Email: amcentee@tousley.com
   1700 Seventh Avenue, Suite 2200
   Seattle, Washington 98101
   Tel: 206.682.5600
   Fax: 206.682.2992

*Attorneys for Plaintiff, Meridian Sunrise Village, LLC*

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF
MERIDIAN SUNRISE VILLAGE, LLC - 2
4871/012/274422.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

## CERTIFICATE OF SERVICE

1

2    I hereby certify that on October 1, 2013, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to all

4  interested parties.

5

6

7

8

9

10

11

12

13

14

/s/ Adrienne D. McEntee
Christopher I. Brain, WSBA #5054
Email: cbrain@tousley.com
Mary B. Reiten, WSBA #33623
Email: mreiten@tousley.com
Adrienne D. McEntee, WSBA #34061
Email: amcentee@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tele:  206.682.5600
Fax:   206.682.2992

Attorney for Plaintiff Meridian Sunrise Village, LLC

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF MERIDIAN
SUNRISE VILLAGE, LLC - 3
4871/012/274422.1